# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER MATTOON, et al.,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>CHILDREN'S CHOICE LEARNING CONNECTION, INC., a California corporation, et al.,<br><br>　　　　　　　　　　Defendants. | CASE NO. 19cv1721-LAB (AHG)<br><br>**ORDER GRANTING JOINT MOTION TO REMAND [Dkt. 4]** |

Defendants removed this case from San Diego County Superior Court on September 9, 2019. Having since settled the underlying dispute, the parties now jointly move to remand the case to state court where they plan to pursue a Minor's Compromise of the settlement. Dkt. 4. The parties' motion is **GRANTED** and this case is **REMANDED** to San Diego County Superior Court. The Clerk is directed to close the case.

**IT IS SO ORDERED**.

Dated: September 19, 2019

_____
**HONORABLE LARRY ALAN BURNS**
Chief United States District Judge

- 1 -